# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

158462

MARGARET A. BACON,
      Plaintiff-Appellee,

v

STATE OF MICHIGAN and DEPARTMENT
OF ENVIRONMENTAL QUALITY,
      Defendants-Appellants.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158462
COA: 339009
Court of Claims: 16-000312-MM

By order of July 2, 2019, the application for leave to appeal the August 16, 2018 judgment of the Court of Appeals was held in abeyance for *Mays v Governor* (Docket Nos. 157335-7, 157340-2). On order of the Court, the cases having been decided on July 29, 2020, ___ Mich ___ (2020), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CLEMENT, J., not participating due to her prior involvement as chief legal counsel for the Governor.



a1019

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk